# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 10/10/2022)

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

FILED
01/29/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Bradley J. Harris )
(Full name of plaintiff(s)) )
_____ )
_____ )
                            )
                         v. )  Cause No. 1:24-cv-209-JPH-TAB
                            )  (to be supplied by clerk of court)
Midwest Psychological Center )
(Full name of defendant(s)) )
Jennifer Smith, et al       )
_____ )

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)
   __1000 Van Nuys Rd, New Castle, IN 47362__
   (Address of prison or jail)

   (If more than one plaintiff is filing, list address on another piece of paper)

2. Defendant __Midwest Psychological Center__
              (Name)

   Is (if a person or private corporation) a citizen of __Indiana__
                                                        (State, if known)

Defendants Cont.

3. Defendant, Jennifer Smith, Is a person or private contractor a citizen of Indiana employed by Midwest Psychological Center as a Contractor at GEO Grap, Inc Facility at New Castle Corr. Facility, New Castle, Indiana 47362.
Midwest Psychological Center, 525, E 38th, Indianapolis, IN 46205

and (if a person) resides at <u>525 E 38ᴅ St, Indianapolis, IN 46205</u>
(Address, if known)

and (if the defendant harmed you while performing defendant's job) worked for

<u>Midwest Psychological Center</u>
(Employer's name and address if known)

(If you need to list more defendants, use another page)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know

1) Upon Information and Belief the following is true and correct:

2) On October 11, 2023, Jennifer Smith in her personal and/or professional capacity took and Scrutinize and Disbar. Plaintiff to the Extent to make the Environment in the Law Library in a Hostile. Jennifer Smith acting as a Legal Attorney even stopped Plaintiff from Legal Copies in an active Court Case, and mailing Legal Documents to Parties who are a part of the Legal Active Cause in the Courts, Jennifer Smith even took total Control of and over Plaintiffs Legal Evidence-Documents

2

to even Confiscate and Shredded Legal Evidence and Documents to Legal Active Court Case(s) Plaintiff has in the Court System.

3) On October 18, 2023, Jennifer Smith in her personal and/or professional capacity took and Scrutinize and Disbar Plaintiff to the Extent to make the Enviroment in the Law Library in a hostile. Jennifer Smith acting as a Legal Attorney even stopping Plaintiff from Legal Copies in an active Court Case, and mailing Legal Documents to Parties who are a part of the Legal Active Case in the Courts, Jennifer Smith even took total Control of and over Plaintiff's Legal Evidence - Documents to even Confiscate and Shredded Legal Evidence and Documents to Legal Court Case(s) Plaintiff has in the Court System.

4) On November 29, 2023, Jennifer Smith in her personal and/or professional Capacity took and Scrutinize and Disbar Plaintiff to the

4

4 cont.)

Extent to make the Enviroment in the Law Library in a hostile. Jennifer Smith acting as a Legal Attorney even stopping Plaintiff from Legal Copies in an active Court Cases, and Mailing Legal Documents to Parties who are a part of the Legal Active Case in the Courts, Jennifer Smith even took total Control of and over Plaintiffs Legal Evidence-Documents to even Confiscate and Shredded Legal Evidence and documents to Legal Court Cases Plaintiff has in the Court System.

5) The Actions of Jennifer Smith took place at New Castle Corr. Facility, GEO Group, Inc. Facility at 1000 Van Nuys Road, New Castle, Indiana, Jennifer Smith is the Supervisor of the Law Library and a Contractor and Employed by Midwest Psychological Center.

6) The Actions of Jennifer Smith was Conduct was in a Vicious Responceability to the Defendants who Plaintiff had an active Court Case on in the Court System, as well as Jennifer Smith herself being a Direct Defendant in a Court Case.

7) Midwest Psychological Center has a Vicarious Liability as well as a Vicarious Responceability to train and educate there staff to follow the policy and ethic's of there Company.

8) Midwest Psychological Center has a Responceability to train and educate there employees such as Jennifer Smith in the rules and regulations of the rules and laws of the legal system as an employee in a Law Library.

9) Midwest Psychological Center has Caused harm and damages to Plaintiff by failing to properly train Jennifer Smith in the rules and regulations, The Policies and Procedures of Midwest Psychological Center, As well as Access to the Courts, and how the legal system works in the Court of Law by employing Jennifer Smith and allowing her to Act as a Lawyer, refusing Plaintiff to Communicate with Parties in a legal Cause, to send legal Documents to parties of a Cause of Action, and Confiscasting and Shredding legal Evidence and documents in an active Legal Cause of Action.

6

E. JURY DEMAND

☐ Jury Demand – I want a jury to hear my case

OR

☒ Court Trial – I want a judge to hear my case

Dated this __12__ day of __Jan__, 20__24__

Respectfully Submitted,

_____
Signature of Plaintiff

__163953__
Plaintiff's Prison ID Number

__1000 Van Nys Road, P.O. Box A__
Plaintiff's Mailing Address

__New Castle, Indiana 47362__

*(If more than one Plaintiff, use an additional piece of paper)*

F. CERTIFICATION *(Optional)*

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

7

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331

OR

☐ I AM SUING UDNER STATE LAW. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 950,000.- plus

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or any order telling defendants to do something or stop doing something.

1. Compensatory Damages in the Amount of ($100,000.⁰⁰) One Hundred Thousand Dollars
2. Declaratory Damages in the Amount of ($100,000.⁰⁰) One Hundred Thousand Dollars
3. Punitive Damages in the Amount of ($750,000.-) Seven Hundred And Fifty Thousand dollars.
4. Any and All Legal Fees, Attorney Fees, Court Cost, Filing Fees, Coping Fees, Administration Fees, Postage Fees,
5. Any and All Cost of Postage Fees,
6. To Have E-Filing placed into the Law Library at New Castle Corr. Facility.
7. To have all Employees of The Law Library be properly Trained and Educated in's the Legal System.

8

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEE

- [x] I DO request that I be allowed to file this complaint without paying the filing fee. I Have completed a request to proceed in the district court without prepaying the fee and attached it to this complaint.

- [ ] I DO NOT request that I be allowed to file this complaint without prepaying the filing Fee under 28 U.S.C. § 1915 and I have included the full filing fee with this complaint.