UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY J. HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00209-JPH-TAB |
| MIDWEST PSYCHOLOGICAL CENTER, et al., | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed with prejudice.

Date: 11/18/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Carina Weed_
Deputy Clerk, U.S. District Court

Distribution:

BRADLEY J. HARRIS
419 Commerce Rd
Apt. 412
Richmond, IN 47374

1